UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERWIN BELL | CIVIL ACTION |
| VERSUS | NO. 07-138 |
| NEW HAMPSHIRE INSURANCE COMPANY | SECTION:  B<br>MAGISTRATE 2 |

## **OPINION**

This case arises out an alleged failure by defendant insurance company to tender plaintiff's under-insured motorist benefits.  Defendant moves for partial summary judgment, seeking dismissal of plaintiff's claims for statutory penalties and attorney fees.  Plaintiff received $10,000.00 from the "tortfeasor" and contends that defendant's refusal to timely tender payment under the Unisured Motorist/Under Insured Motorist was arbitrary, capricious, or without probable cause.  In support of its motion, defendant claims it lacked sufficient information about plaintiff's history of medical care in other accident claims in order to determine whether a tender was necessary.  Plaintiff argues that defendant knew the extent of his injuries in the sued-upon accident, including diagnosis of cervical, thoracic, and lumbar strains with radiculitis.  Objective testing, an MRI, showed herniation in the lumbar region with nerve impingement.

The court finds there are material facts in dispute concerning defendant's knowledge of injuries at issue, causation and basis for failing to make any tender to its insured here.

Accordingly, the motion for partial summary judgment, record document 5, is DENIED.[1]

September 25, 2007
DATE

UNITED STATES DISTRICT JUDGE

---

[1] Interestingly, but not dispositive for instant purposes, defendant removed this case from state court asserting diversity of citizenship and requisite jurisdictional amount in controversy, i.e. $75,000.